IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:12-CR-00145 LJO |
| vs. | ) | ORDER OF RELEASE |
| JOSE IVAN ESTRADA-PONCE | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on May 29, 2012, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   May 29, 2012**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1